## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

HALLMARK SPECIALITY INSURANCE
COMPANY, an Oklahoma Corporation,

Plaintiff,

v.                                                Case No. 1:12-cv-00978 MCA-WDS

DEMOSTHENIS KLONIS, D.O.; NEW
MEXICO CARDIOLOGY AND
ARRHYTHMIA CONSULTANTS, P.C.,
A New Mexico Corporation; MAUREEN
DI JANNI; VANESSA LANEY; NANCE
SCHMIDT; RONALD STEARNS;
AMERICAN PHYSICIANS ASSURANCE
CORPORATION, a Michigan Corporation;
And AMEICAN PHYSICIANS CAPITAL,
INC., a Michigan Corporation,

Defendants.

### ORDER RESETTING CERTAIN DEADLINES

This matter is before the Court at the request of the parties.  The Court, having

considered the parties' request finds that it is well taken and hereby modifies the following

pretrial deadlines:

a. the parties shall exchange initial disclosures, and Plaintiff shall submit the joint status

report to the Court by January 4, 2013;

b. the deadline for Plaintiff to answer or otherwise respond to the counterclaims filed by the

defendants Deosthenis Klonis, D.O. and New Mexico Cardiology and Arrhythmia Consultants, P.C.

is January 14, 2013;

c. the Rule 16 scheduling conference originally scheduled for December 4, 2012 is hereby

vacated and will be reset by the Court for a date in January2013.

IT IS SO ORDERED.

 

_____

W. DANIEL SCHNEIDER
UNITED STATES MAGISTRATE JUDGE