IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

HALLMARK SPECIALITY INSURANCE
COMPANY, an Oklahoma Corporation,

    Plaintiff,

vs.                      No. 1:12-CV-00978 MCA/WDS

DEMOSTHENIS KLONIS, D.O., *et al.,*

    Defendants.

## SCHEDULING ORDER

In accordance with the Civil Justice Expense and Delay Reduction Plan adopted in compliance with the Civil Justice Reform Act, and pursuant to Title 28 U.S.C. § 473(a)(1), this case was assigned to a "**complex**" track classification.  As a result of the status conference held January 22, 2013, good cause having been found, the termination date for non-expert discovery is **August 5, 2013** and the termination date for expert discovery is **October 5, 2013.**  Discovery shall not be reopened, nor shall case management deadlines be modified, except by an order of the Court upon a showing of good cause.  This deadline shall be construed to require that discovery be <u>completed</u> on or before the above dates.  Service of interrogatories or requests for production shall be considered timely only if the responses are due prior to the deadlines.  A notice to take deposition shall be considered timely only if the deposition takes place prior to the deadlines.  The pendency of dispositive motions shall not stay discovery.

Motions relating to non-expert discovery (including, but not limited to, motions to compel and motions for protective order) shall be filed with the Court and served on opposing parties by **August 15, 2013.**  Motions relating to expert discovery (including, but not limited to, motions to compel and motions for protective order) shall be filed with the Court and served on opposing parties by **October 24, 2013.**  See D.N.M.LR-Civ 7 for motion practice requirements and timing of

responses and replies. This deadline shall not be construed to extend the twenty-day time limit in D.N.M.LR-Civ. 26.6.

Plaintiff shall identify to all parties in writing any expert witness to be used by Plaintiff at trial and to provide expert reports pursuant to Fed. R. Civ. O.26(a)(2)(B) no later than **August 15, 2013**. All other parties shall identify in writing any expert witness to be used by such parties at trial and to provide expert reports pursuant to Fed. R. Civ. O.26(a)(2)(B) no later than **September 15, 2013.**

Pretrial motions, other than discovery motions, shall be filed with the Court and served on opposing party by **November 5, 2013**. See D.N.M.LR-Civ. 7 for motion practice requirements and timing of responses and replies. Any pretrial motions, other than discovery motions, filed after the above dates shall, in the discretion of the Court, be considered untimely. If documents are attached as exhibits to motions, affidavits or briefs, those parts of the exhibits that counsel want to bring to the attention of the Court must be highlighted in accordance with D.N.M.LR-Civ. 10.6.

Counsel are directed to file a consolidated final Pretrial Order as follows: Plaintiff to Defendant on or before **December 2, 2013**; Defendant to Court on or before **December 16, 2013**. Counsel are directed that the Pretrial Order will provide that no witnesses except rebuttal witnesses whose testimony cannot be anticipated, will be permitted to testify unless the name of the witness is furnished to the Court and opposing counsel no later than thirty (30) days prior to the time set for trial. Any exceptions thereto must be upon order of the Court for cause shown.

IT IS SO ORDERED.

 

**W. DANIEL SCHNEIDER**
**United States Magistrate Judge**